# UNTIED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANNE STEED,

  Plaintiff,                                          CASE NO.:  6:17-cv-01700-RBD-KRS

-VS-

SYNCHRONY BANK,

  Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ANNE STEED, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ANNE STEED, and Defendant, SYNCHRONY BANK, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                    */s/ Shaughn C .Hill*
                                                    SHAUGHN C. HILL, ESQUIRE
                                                    Florida Bar No. 105998
                                                    MORGAN & MORGAN, TAMPA, P.A.
                                                    One Tampa City Center
                                                    201 N. Franklin Street, Suite 700
                                                    Tampa, FL 33602
                                                    Telephone:  (813) 223-5505
                                                    Facsimile:   (813) 223-5402
                                                    Primary Email: SHill@ForThePeople.com
                                                    Secondary: LCrouch@ForThePeople.com
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2017, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998